IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Delia Polanco | § | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| Plaintiff | § | |
| | | Case No: |
| | | For the miscellaneous action to find 3rd party witness Amanda Moreno in contempt of court for failing to respond to Plaintiff's subpoena. |
| | | Case No.: |
| | | **1:11-cv-07177-DAB-DCF** |
| v. | § | |
| NCO Portfolio Management, Inc. | § | Currently pending in the United States District Court for the Southern District of New York |
| Defendant | | |

Plaintiff Delia Polanco hereby voluntarily dismisses this miscellaneous action against Defendant Amanda Moreno pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without prejudice.

Dated:
Brooklyn, New York
January 20, 2014

Respectfully submitted,

By: _____

Ahmad Keshavarz
ATTORNEY FOR PLAINTIFF
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:    (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above referenced documents to the parties listed below via certified mail return receipt and ECF, respectively:

Amanda Moreno
333 Earl Ovington Boulevard, Suite 102
Uniondale, New York 11553
AMoreno@collectthedebt.com

NCO Portfolio Management, Inc.
by and through its attorney of record
Aaron R. Easley
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Telephone No.: (908) 751-5940
Facsimile No.: (908) 751-5944
Email: acasley@sessions-law.biz

Date: January 20, 2014

By: _____

Ahmad Keshavarz
ATTORNEY FOR PLAINTIFF
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:    (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com